FILED
GREAT FALLS DIV

2008 APR 16 AM 8 33

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| | |
|---|---|
| DOUGLAS GIEBEL, | No. CV-08-07-GF-SEH |
| Plaintiff, | |
| vs. | **ORDER** |
| STACY LYNN NICHOLSON et al., | |
| Defendants. | |

On April 3, 2008, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Motion to Proceed *In Forma Pauperis*[2] is DENIED.

---

[1] Document No. 6

[2] Document No. 1

2.      Plaintiff must pay the full filing fee of $350.00 within 30 days of the date of this

Order.

3.      Plaintiff may take no further action in this case until the filing fee is paid.

4.      The Amended Complaint[3] shall be DISMISSED and the Clerk of Court shall close

the file if the filing fee is not received within 35 days of the date of this Order.

DATED this _15th_ day of April, 2008.

SAM E. HADDON
United States District Judge

---

[3] Document No. 5

2